1    Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
2    Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
3    STONEBARGER LAW
A Professional Corporation
4    75 Iron Point Circle, Suite 145
Folsom, CA 95630
5    Telephone: (916) 235-7140
Facsimile: (916) 235-7141
6

7    Attorneys for Plaintiff and the Putative Class

8            **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11    THOMAS SANDERS, an individual; on behalf  )   CASE NO. 3:11-cv-03725-SC
of himself and all others similarly situated,     )
12                                          )
                Plaintiffs,           )
13                                          )   *AMENDED* STIPULATION AND
vs.                                   )   ~~**[PROPOSED]**~~ **ORDER TO CONTINUE**
14                                        )   **BRIEFING SCHEDULE AND**
THE CHOICE MANUFACTURING             )   **HEARING ON MOTIONS TO DISMISS**
15    COMPANY, INC. a New Jersey Corporation;   )
NRRM, LLC, a Missouri Limited Liability     )
16    Company, d/b/a STOP REPAIR BILLS.COM,  )
f/k/a NATIONAL DEALER WARRANTY; and)
17    DOES 3 through 50, inclusive                )
                                         )
18                 Defendants.         )
                                       )
19 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯)

20         WHEREAS, on or about March 10, 2011, Thomas Sanders ("Plaintiff") commenced a

21 civil action in California Superior Court, County of Contra Costa entitled *Thomas Sanders v. The*

22 *Choice Manufacturing Company, Inc., et al*, Case No. C11-00571;

23         WHEREAS, on or about August 1, 2011, The Choice Manufacturing Company, Inc.

24 ("Choice") removed this matter to the Northern District of California;

25         WHEREAS, on or about September 1, Defendant NRRM, LLC ("NRRM") filed a

26 Motion to Dismiss Plaintiff's First Amended Complaint;

27         WHEREAS, on or about September 2, Choice filed a Motion to Dismiss Plaintiff's First

28 Amended Complaint;

STONEBARGER LAW
A Professional Corporation

1    WHEREAS, Plaintiff's Opposition to NRRM's Motion to Dismiss is due on or before

2    September 15, 2011 and NRRM's Reply brief is due on or before September 22, 2011;

3    WHEREAS, Plaintiff's Opposition to Choice's Motion to Dismiss is due on or before

4    September 16, 2011 and Choice's Reply brief is due on or before September 23, 2011;

5    WHEREAS, on September 7, 2011, all parties attended a mediation before The

6    Honorable Wayne D. Brazil (Ret.) of JAMS;

7    WHERAS, the parties desire to continue to explore and discuss resolution of this matter

8    prior to expending further resources on the Motions to Dismiss;

9    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiff,

10   Choice, and NRRM through their respective counsel and subject to the Court's approval that:

11   1.    Plaintiff's time to file an Opposition to NRRM's Motion to Dismiss be continued

12   until September 30, 2011, and NRRM's Reply to Plaintiff's Opposition be continued until

13   October 7, 2011;

14   2.    Plaintiff's time to file an Opposition to Choice's Motion to Dismiss be continued

15   until September 30, 2011, and Choice's Reply to Plaintiff's Opposition be continued until

16   October 7, 2011; and

17   3.    The hearing on both Motions to Dismiss be continued until November 18, 2011,

18   or to an alternative date that the Court determines suitable.

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

STONEBARGER LAW
A Professional Corporation

-2-

*AMENDED* STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE
AND HEARING ON MOTIONS TO DISMISS

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 13, 2011                    STONEBARGER LAW, APC


                                             /s/ Richard D. Lambert
                                             Gene Stonebarger
                                             gstonebarger@stonebargerlaw.com
                                             Richard D. Lambert
                                             rlambert@stonebargerlaw.com

                                             Attorneys for Plaintiff
                                             Thomas Sanders

Dated: September 13, 2011                    COOLEY LLP


                                             /s/ Mazda K. Antia
                                             Mazda K. Antia
                                             mantia@cooley.com

                                             Attorneys for Defendant
                                             The Choice Manufacturing Company, Inc.

Dated: September 13, 2011                    POLSINELLI SHUGHART PC


                                             /s/ Jeffrey Kass
                                             Jeffrey Kass
                                             jkass@polsinelli.com

                                             Attorneys for Defendant
                                             NRRM, LLC


PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  September 15, 2011



                                             Honorable Samuel Conti
                                             United States District Court Judge

AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE
AND HEARING ON MOTIONS TO DISMISS

STONEBARGER LAW
A Professional Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2011, the foregoing ***AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING ON MOTIONS TO DISMISS*** was filed electronically with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system to all counsel of record.

Yvonne Sabolboro

STONEBARGER LAW
A Professional Corporation

CERTIFICATE OF SERVICE