1  Gene J. Stonebarger, State Bar No. 209461
   gstonebarger@stonebargerlaw.com
2  Richard D. Lambert, State Bar No. 251148
   rlambert@stonebargerlaw.com
3  STONEBARGER LAW
   A Professional Corporation
4  75 Iron Point Circle, Suite 145
   Folsom, CA 95630
5  Telephone: (916) 235-7140
   Facsimile:  (916) 235-7141
6
   *Attorneys for Plaintiff and the Class*
7

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                                              )   CASE NO.:  CV-11-3725 SC
11  THOMAS SANDERS, an individual; on behalf  )
    of himself and all others similarly situated,)
12                                            )
              Plaintiffs,                     )   **STIPULATION FOR DISMISSAL**
13                                            )   **PURSUANT TO FED R. CIV. P.**
    vs.                                       )   **41(a)(1)(A)(ii)**
14                                            )
    THE CHOICE MANUFACTURING                  )
15  COMPANY, INC. a New Jersey Corporation;   )
    NRRM, LLC, a Missouri Limited Liability   )
16  Company, d/b/a STOP REPAIR BILLS.COM,     )
    f/k/a NATIONAL DEALER WARRANTY; and)
17  DOES 3 through 50, inclusive              )
                                              )
18            Defendants.                     )

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

STONEBARGER LAW
A Professional Corporation

**STIPULATION FOR DISMISSAL PURSUANT TO FED R. CIV. P. 41 (a)(1)(A)(ii)**

1    It is hereby stipulated and agreed that, in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii),
2 Plaintiff Thomas Sanders hereby dismisses on an individual basis all of his claims in this matter
3 with prejudice against Defendant The Choice Manufacturing Company, Inc. only.

Respectfully Submitted,

Dated: March 6, 2012                STONEBARGER LAW, APC


                                    /s/ Gene J. Stonebarger
                                    _____
                                    Gene J. Stonebarger
                                    gstonebarger@stonebargerlaw.com

                                    Attorneys for Plaintiff
                                    Thomas Sanders

Dated: March 6, 2012                COOLEY LLP


                                    /s/ Mazda K. Antia
                                    _____
                                    Mazda K. Antia
                                    mantia@cooley.com

                                    Attorneys for Defendant
                                    The Choice Manufacturing Company, Inc.

Dated: March 6, 2012                POLSINELLI SHUGHART PC


                                    /s/ Jeffrey Kass
                                    _____
                                    Jeffrey Kass
                                    jkass@polsinelli.com

                                    Attorneys for Defendant
                                    NRRM, LLC

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti — 3/13/12]

STONEBARGER LAW
A Professional Corporation

1
**STIPULATION FOR DISMISSAL PURSUANT TO FED R. CIV. P. 41 (a)(1)(A)(ii)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2012, the foregoing:

**STIPULATION FOR DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)**

was filed electronically with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system to all counsel of record.



Jamie Mendez