1  Gene J. Stonebarger, State Bar No. 209461
   gstonebarger@stonebargerlaw.com
2  Richard D. Lambert, State Bar No. 251148
   rlambert@stonebargerlaw.com
3  STONEBARGER LAW
   A Professional Corporation
4  75 Iron Point Circle, Suite 145
   Folsom, CA 95630
5  Telephone: (916) 235-7140
   Facsimile: (916) 235-7141
6
7  Attorneys for Plaintiff and the Putative Class

8                   **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11  THOMAS SANDERS, an individual; on behalf ) CASE NO. 3:11-cv-03725-SC
    of himself and all others similarly situated, )
12                                               )
                    Plaintiffs,                  )
13                                               ) **STIPULATION TO CONTINUE CASE**
    vs.                                          ) **MANAGEMENT CONFERENCE**
14                                               )
    THE CHOICE MANUFACTURING            )
15  COMPANY, INC. a New Jersey Corporation; )
    NRRM, LLC, a Missouri Limited Liability )
16  Company, d/b/a STOP REPAIR BILLS.COM, )
    f/k/a NATIONAL DEALER WARRANTY; and )
17  DOES 3 through 50, inclusive        )
                                        )
18                  Defendants.         )
                                        )
19

20         WHEREAS, on or about March 10, 2011, Thomas Sanders ("Plaintiff") commenced a

21  civil action in California Superior Court, County of Contra Costa entitled *Thomas Sanders v. The*

22  *Choice Manufacturing Company, Inc., et al*, Case No. C11-00571;

23         WHEREAS, on or about August 1, 2011, The Choice Manufacturing Company, Inc.

24  ("Choice") removed this matter to the Northern District of California;

25         WHEREAS, on September 7, 2011, all parties attended a mediation before The

26  Honorable Wayne D. Brazil (Ret.) of JAMS;

27         WHEREAS, on or about December 2, 2011, this Court scheduled a Case Management

28  Conference on February 10, 2012 at 10:00 a.m.;

STONEBARGER LAW
A Professional Corporation

-1-

1   WHEREAS, on or about February 1, 2012, this Court granted the parties' request to

2   continue the February 10, 2012 Case Management Conference until April 6, 2012;

3   WHEREAS, on or about March 13, 2012, Plaintiff Thomas Sanders dismissed Defendant

4   The Choice Manufacturing Company, Inc. from this action leaving only Defendant NRRM, LLC

5   as a defendant in this action;

6   WHEREAS, Plaintiff Thomas Sanders and Defendant NRRM, LLC have agreed in

7   principle to resolve this action in its entirety and are currently in the process of finalizing a

8   written settlement agreement;

9   WHEREAS, Plaintiff Thomas Sanders and Defendant NRRM, LLC desire to finalize

10   resolution without expending the parties' or the Court's resources;

11   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff, Choice,

12   and NRRM through their respective counsel and subject to the Court's approval that:

13   1.   The Case Management Conference currently scheduled on April 6, 2012 at 10:00

14   a.m. be continued until May 4, 2012, or to an alternative date that the Court determines suitable;

15   and

16   2.   No Joint Case Management Statement is currently due.  The parties will file a

17   Joint Case Management Statement seven days before the continued Case Management

18   Conference date.

19   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

20

21

22

23

24

25

26

27

28

1

Dated: March 29, 2012                    STONEBARGER LAW, APC

2

3                                          /s/ Richard D. Lambert

4                                         Gene J. Stonebarger
                                          gstonebarger@stonebargerlaw.com
5                                         Richard D. Lambert
                                          rlambert@stonebargerlaw.com

6                                         Attorneys for Plaintiff
7                                         Thomas Sanders

8
Dated: March 29, 2012                    POLSINELLI SHUGHART PC
9

10                                         /s/ Jeffrey Kass

11                                        Jeffrey Kass
                                          jkass@polsinelli.com

12                                        Attorneys for Defendant
13                                        NRRM, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS SANDERS, an individual; on behalf of himself and all others similarly situated, | ) ) | CASE NO. 3:11-cv-03725-SC |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| THE CHOICE MANUFACTURING COMPANY, INC. a New Jersey Corporation; NRRM, LLC, a Missouri Limited Liability Company, d/b/a STOP REPAIR BILLS.COM, f/k/a NATIONAL DEALER WARRANTY; and DOES 3 through 50, inclusive | ) ) ) ) ) ) ) | **Judge: Hon. Samuel Conti** |
| Defendants. | ) ) ) ) | |

        Upon stipulation of the parties and good cause appearing therefore, it is hereby ordered

that the Case Management Conference shall be continued from April 6, 2012 to May 4, 2012.  A

Joint Case Management Statement is due April 27, 2012.


        IT IS SO ORDERED.


DATED:    3/30/12

HONORA_____
Judge of_____ ct Court

1

## CERTIFICATE OF SERVICE

2       The undersigned hereby certifies that on March 29, 2012, the foregoing:

3  **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;**

4  **[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE;**

5  was filed electronically with the Clerk of the Court to be served by operation of the Court's

6  CM/ECF electronic filing system to all counsel of record.

7

8                     Jamie Mendez

9

10

11

STONEBARGER LAW
A Professional Corporation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28