# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SANDERS, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHOICE MANUFACTURING COMPANY, INC. a New Jersey Corporation; NRRM, LLC, a Missouri Limited Liability Company, d/b/a STOP REPAIR BILLS.COM, f/k/a NATIONAL DEALER WARRANTY; and DOES 3 through 50, inclusive<br><br>Defendants. | CASE NO. 3:11-cv-03725-SC<br><br>[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Judge: Hon. Samuel Conti |

Upon stipulation of the parties and good cause appearing therefore, it is hereby ordered that the Case Management Conference shall be continued from May 4, 2012 to June 22, 2012. A dismissal or a Joint Case Management Statement is due on or before June 8, 2012.

IT IS SO ORDERED.

DATED: 5/1/12

_____
HONORABLE SAMUEL CONTI
Judge of the United States District Court

*IT IS SO ORDERED — Judge Samuel Conti*

-1-