1  Gene J. Stonebarger, State Bar No. 209461
   gstonebarger@stonebargerlaw.com
2  Richard D. Lambert, State Bar No. 251148
   rlambert@stonebargerlaw.com
3  STONEBARGER LAW
   A Professional Corporation
4  75 Iron Point Circle, Suite 145
   Folsom, CA 95630
5  Telephone: (916) 235-7140
   Facsimile: (916) 235-7141
6
   *Attorneys for Plaintiff and the Class*
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10
                                    )  CASE NO.: CV-11-3725 SC
11 THOMAS SANDERS, an individual; on behalf )
   of himself and all others similarly situated, )
12                                  )
              Plaintiffs,           )  **STIPULATION FOR DISMISSAL**
13                                  )  **PURSUANT TO FED R. CIV. P.**
   vs.                              )  **41(a)(1)(A)(ii)**
14                                  )
   THE CHOICE MANUFACTURING        )
15 COMPANY, INC. a New Jersey Corporation; )
   NRRM, LLC, a Missouri Limited Liability )
16 Company, d/b/a STOP REPAIR BILLS.COM, )
   f/k/a NATIONAL DEALER WARRANTY; and )
17 DOES 3 through 50, inclusive     )
                                    )
18            Defendants.           )

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

STONEBARGER LAW
A Professional Corporation

**STIPULATION FOR DISMISSAL PURSUANT TO FED R. CIV. P. 41 (a)(1)(A)(ii)**

1    It is hereby stipulated and agreed that, in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii),

2  Plaintiff Thomas Sanders hereby dismisses on an individual basis all of his claims in this matter

3  with prejudice against Defendant NRRM, LLC, Inc.

4                                                  Respectfully Submitted,

5

6  Dated:  June 4, 2012                            STONEBARGER LAW, APC

7

8                                                  /s/ Richard D. Lambert

9                                                  Richard D. Lambert
                                                   rlambert@stonebargerlaw.com

10                                                 Attorneys for Plaintiff

11                                                 Thomas Sanders

12

13  Dated: June 4, 2012                            POLSINELLI SHUGHART PC

14

15                                                 /s/ Jeffrey Kass

16                                                 Jeffrey Kass
                                                   jkass@polsinelli.com

17                                                 Attorneys for Defendant

18                                                 NRRM, LLC

19

20

21

22

23

24

25

26

27

28

**1**
**STIPULATION FOR DISMISSAL PURSUANT TO FED R. CIV. P. 41 (a)(1)(A)(ii)**